

| | THE CITY OF NEW YORK | |
|---|---|---|
| **MICHAEL A. CARDOZO**<br>*Corporation Counsel* | **LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, N.Y. 10007 | **NOREEN STACKHOUSE**<br>*Assistant Corporation Counsel*<br>Tel.: (212) 788-9736<br>Fax: (212) 788-9776 |

May 29, 2012

**BY ECF**
Honorable Lois Bloom
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>Lionel Argelo v. City of New York, et al.</u>, 11 CV 3868 (ENV) (LB)

Your Honor:

      I respectfully write on behalf of all parties to advise Your Honor that the above-referenced action has settled. The executed STIPULATION OF SETTLEMENT AND ORDER OF DISMISSAL will be submitted to the Court shortly.

      Thank you for your consideration herein.

                                              Respectfully submitted,

                                              /s/

                                              Noreen Stackhouse
                                              Assistant Corporation Counsel
                                              Special Federal Litigation Division

cc:    Peter M. Zirbes, Esq. (by ECF)
        *Attorney for Plaintiff*
        Peter M. Zirbes & Associates, P.C.
        108-18 Queens Boulevard, 6th Floor
        Forest Hills, New York 11375